IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 NOV 20  P 4:43

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) CR. NO. 2:07cr 296-CSC | |
| ) (18 U.S.C. 641) | |
| CHARLES D. GANN ) | |
| ) | |
| ) INFORMATION | |
| ) | |

The United States Attorney charges:

COUNT

On or about the 24th day of March, 2007, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, CHARLES D. GANN did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ Satura McPherson*
SATURA McPHERSON
Special Assistant United States Attorney
42 ABW/JA
50 LeMay Plaza South
Maxwell AFB, AL  36112-6334
Telephone:  334-953-2786
Fax:  334-953-2787

| | | |
|---|---|---|
| **STATE OF ALABAMA** | ) | |
| | ) | **AFFIDAVIT** |
| **COUNTY OF MONTGOMERY** | ) | |

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange Service (AAFES) at Maxwell Air Force Base as a store detective. I am currently reassigned to Barksdale Air Force Base in Louisiana. On or about 24 March 2007, via closed circuit monitors, I observed CHARLES D. GANN in the men's clothing section of the Base Exchange (BX). He had a black Dockers' shirt in his hand. GANN went to several places in the BX and tried unsuccessfully to remove discount stickers from items. Finally, in the bath and linens area, he succeeded in removing a 25% discount sticker from an item. He then walked to the garden shop area and, as he did so, he placed the sticker on the tag of the shirt. GANN then went to central checkout where, when the cashier scanned the price tag of the shirt, she had to manually input the 25% discount - - not a usual action for normally discounted items. The discount was $5.00 off a shirt valued at $19.99. GANN departed the BX and I investigated the shirt to ensure it should not be marked down, that the area where he got the 25% discount sticker in fact had them and that the shirt was, in fact, not on the discount rack to begin with. The store manager and I determined that, as the surveillance tape showed, GANN had marked the price down himself. I then located GANN in the food court area, detained and identified him and then escorted him to the security office. Security Forces was called and responded. The shirt was checked and the 25% sticker was clearly on it where it had not been before. GANN's money was refunded to him. An incident report check from AAFES showed GANN had been detained for shoplifting (price switch) in 2001. GANN was transported to the Law Enforcement Desk for further processing.

                                                                                  *Robert G. Smith*
                                                                                  ROBERT G. SMITH

Subscribed and sworn to before me this __5__ day of _November_, 2007.

                                                                                 *Audrey F. Griffin*
                                                                                  Notary Public

                                                      AUDREY FAYE GRIFFIN
                                                          Notary Public
                                                      STATE OF ALABAMA

                                                    **NOTARY PUBLIC STATE OF ALABAMA AT LARGE**
                                                    **MY COMMISSION EXPIRES: July 19, 2009**
                                                    **BONDED THRU NOTARY PUBLIC UNDERWRITERS**