IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL NO. 2:07cr296-CSC |
| | ) | |
| CHARLES D. GANN | ) | |

**ORDER**

Now pending before the court is defendant Charles Gann's motion for discovery (doc. # 8) filed on January 8, 2008. This motion is inconsistent with this court's standing order on criminal discovery. Accordingly, upon consideration of the motion filed by the defendant, it is

ORDERED that this motion be and are hereby DENIED.

Done this 10th day of January, 2008.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE