IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:07-cr-296-CSC |
| | ) | |
| CHARLES D. GANN | ) | |

**O R D E R**

On January 18, 2008, the defendant filed a "Second Motion for Leave to Notice Attorney." (Doc. # 11). Defense counsel has previously been advised that a notice of appearance should not be filed as a motion. Moreover, neither the notice of appearance nor the service of certificate contains a signature. Accordingly, upon consideration of the defendant's "Second Motion for Leave to Notice Attorney," it is:

**ORDERED** that the motion be and hereby is **STRICKEN** from the docket. Defense counsel is DIRECTED to properly file a notice of appearance with appropriate signatures.

Done this 22nd day of January, 2008.

　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE