# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

UNITED STATES OF AMERICA      <>
                      <>

      v.                  <>      Case Number: 2:07-cr-296-CSC-WKW
                      <>

CHARLES D. GANN          <>

# NOTICE OF APPEARANCE BY COUNSEL

**COMES NOW** I.M. (Mike) Winter, Jr., Esquire, attorney at law, respectfully filing this Notice of Appearance on behalf of Mr. Charles D. Gann.  The United States of America has charged Mr. Gann Theft/Embezzlement of Property of the United States, which would be a violation of 18 U.S.C. 641 of the United States Code, a misdemeanor.  Mr. Winter hereby notifies the United States Government, the United States Attorney's Office, and all other relevant parties in this matter that Mr. Gann has retained him in the above-named matter.

Notices, discovery evidence, and all other documents filed in this matter by the United States, the United States Attorney's Office, and any and all other relevant parties should be mailed to the attention of  I.M. (Mike) Winter, Jr., Esquire, at Winter Legal Strategies LLC; Suite 300-A; 300 Water Street; Montgomery, Alabama  36104.  All parties may also E-Mail Mr. Winter at MikeWinter@WinterLegal.net.

Counsel declares that he knows of no conflicts of interest with his representation of Mr. Gann, relative to any other past and/or present client.

RESPECTFULLY SUBMITTED THIS 28th DAY OF JANUARY, 2008

*I.M. (Mike) Winter, Jr.*

**I.M. (Mike) Winter, Jr.  (WIN036)**
Attorney For Mr. Charles D. Gann
Winter Legal Strategies LLC
Suite 300-A
300 Water Street
Montgomery, Alabama  36104
(334)263-5787
MikeWinter@WinterLegal.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served this motion, by electronic mail, to Ms. Satura McPherson, Esquire, Special Assistant United States Attorney, with the United States Attorney's Office for the United States of America.

DONE THIS 28TH DAY OF JANUARY, 2008

*I.M. (Mike) Winter, Jr.*_____
**I.M. (Mike) Winter, Jr.**  (WIN036)
Attorney For Mr. Charles D. Gann