IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 2:07-cr-296-CSC |
| | ) | |
| CHARLES D. GANN | ) | |

**O R D E R**

Upon consideration of the Motion for Leave to Dismiss the Original Information as to CHARLES D. GANN heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby GRANTED.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby GRANTED.

Done this 2nd day of May, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE